

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2015

No. 04-15-00719-CR

Matthew **WHITE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8425B
Honorable Ray Olivarri, Judge Presiding

## O R D E R

The trial court imposed sentence on May 27, 2015, and appellant did not file a motion for new trial. Because appellant did not file a timely motion for new trial, the deadline for filing a notice of appeal was June 26, 2015. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal was not filed until November 12, 2015, and appellant did not [timely] file a motion for extension of time to file the notice of appeal. *See id.* R. 26.3.

We therefore **order** appellant to file a written response in this court on or before **December 21, 2015** showing cause why this appeal should not be dismissed for lack of jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (holding that timely notice of appeal is necessary to invoke court of appeals' jurisdiction).

If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed for want of jurisdiction. If a supplemental clerk's record is required to show jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2015.



_____

Keith E. Hottle
Clerk of Court